fiéd an order of Special Term reducing assessments against the special franchises of the relator.

*Arthur H. Masten, William M. Coleman, Ralph Norton* and *Alfred Ely, Jr.*, for relator, appellant and respondent.

*James A. Parsons, Attorney-General* (*William A. McQuaid* of counsel), for defendant, respondent and appellant.

*Frank L. Polk, Corporation Counsel* (*Curtis A. Peters* and *Addison B. Scoville* of counsel), for intervenor, respondent and appellant.

Order affirmed; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADRIAN H. JOLINE et al., as Receivers of the METROPOLITAN STREET RAILWAY COMPANY, Appellants and Respondents, v. STATE BOARD OF TAX COMMISSIONERS, Respondent and Appellant.

THE CITY OF NEW YORK, Intervenor, Respondent and Appellant.

*People ex rel. Joline* v. *State Board of Tax Comrs.*, 159 App. Div. 136, affirmed.
(Argued October 5, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 6, 1914, which modified and affirmed as modified an order of Special Term reducing assessments against special franchises of the relator.

*Arthur H. Masten, William M. Coleman, Ralph Norton* and *Alfred Ely, Jr.*, for relators, appellants and respondents.

*James A. Parsons, Attorney-General (William A. McQuaid* of counsel), for defendant, respondent and appellant.

*Frank L. Polk, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for intervenor, respondent and appellant.

Order affirmed; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.